# United States District Court

### DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 APR 25  PM 2: 51

UNITED STATES OF AMERICA

v.

JAMES R. GORDON

Criminal Complaint

CASE NUMBER: 05- 80M

(Name and Address of Defendant)

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about __February 22, 2005__ in __New Castle__ County, in the District of Delaware, defendant did

knowingly distribute Oxycodone

in violation of Title ____21____ United States Code, Section(s) __841(a)(1) and (b)(1)(C)__

I further state that I am a(n) __Special Agent, Drug Enforcement Administration__ and that this complaint is based
　　　　　　　　　　　　　　　　　　　　Official Title
on the following facts:

See attached Affidavit


Continued on the attached sheet and made a part hereof:   Yes

_____
Signature of Complainant
Eric G. Miller
Special Agent, DEA

Sworn to before me and subscribed in my presence,

__April 25, 2005__                                    at   Wilmington, DE
Date                                                         City and State

Honorable Mary Pat Thynge
United States Magistrate Judge                        _____
Name & Title of Judicial Officer                      Signature of Judicial Officer

## AFFIDAVIT

ERIC G. MILLER, being duly sworn, states as follows:

1. I am a Special Agent (S/A) with the Drug Enforcement Administration (DEA) and have been so employed for fifteen years. During my law enforcement tenure, I have participated in over three hundred narcotics investigations. In the course of my duties, I have conducted or participated in physical and electronic surveillance, undercover transactions, the execution of search warrants, debriefing of informants, interviews of witnesses, reviews of tape-recorded conversations involving drug trafficking activities, and analyses of telephone toll records and other records kept by or relating to drug traffickers. Through my training, education and experience, I have become familiar with methods in which illegal drugs are imported, manufactured and distributed; methods of payment for such drugs; and methods used by drug traffickers to avoid law enforcement detection, including methods used to disguise the source and illegal nature of drug proceeds. I have also testified as an expert witness in federal and state courts regarding illegal drug trafficking.

2. This Affidavit is in support of a criminal complaint against and arrest warrant for James R. GORDON. I am the case agent responsible for the investigation in aid of which this application is being made. This Affidavit is based on my personal knowledge and observations as well as information provided to me by other law enforcement officers who participated in the investigation. Because this Affidavit is solely for the purpose of establishing probable cause, not all facts relating to the investigation are included herein.

3. On February 22, 2005, a DEA agent acting in an undercover capacity purchased eighty (80) Oxycodone tablets from GORDON in a parking lot at 3800 Kirkwood Highway, Newark, DE.

4. The tablets were analyzed by the DEA Laboratory and found to contain Oxycodone, a schedule II controlled substance.

5. Based on the foregoing facts, Affiant submits that there is probable cause to believe that James R. GORDON has committed a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), distribution of oxycodone, and therefore respectfully requests that the Court issue a criminal complaint and arrest warrant for GORDON.

_____
**ERIC G. MILLER**
*Special Agent, Drug Enforcement Administration*

Dated: April 25, 2005