AO 468 (1/86) Waiver of Preliminary Examination or Hearing

**FILED**

APR 27  11 48 AM '05

# United States District Court

_____ DISTRICT OF _____

CLERK
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

James Gordon

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 05-80 M

I, _____James Gordon_____, charged in a (complaint) (petition) pending in this District with __Distribution of Oxycodone__ in violation of Title __21__, U.S.C., __841(a)(1) and (b)(1)(C)__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____  _____
4-27-05                     Defendant
Date                        _____
                            Counsel for Defendant