IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-109 |
| | ) | |
| JAMES R. GORDON, | ) | |
| | ) | |
| Defendant. | ) | |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### Count 1

On or about February 22, 2005, in the State and District of Delaware, James R. Gordon, defendant herein, did knowingly distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

Dated: 10 AUG 07

2007 AUG 10 PM 4:17

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE