IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 07-109 |
| | ) | |
| James R. Gordon, | ) | |
| Defendants. | ) | |

**MOTION AND ORDER TO UNSEAL INFORMATION**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, David L. Hall, Assistant United States Attorney for the District of Delaware, hereby moves that the Information in the above-captioned case be unsealed.

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

Dated: August 24, 2007

**AND NOW**, this __27__ day of __August__, 2007, upon the foregoing Motion, it is

**ORDERED** that the Indictment and file in the above-captioned case are hereby unsealed.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
AUG 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE