AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

JAMES R. GORDON

**WARRANT FOR ARREST**

CASE NUMBER: 05- ~~80M~~

CR07-109

REDACTED

To: Special Agent Eric G. Miller, DEA,
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Defendant James R. Gordon when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense)

distribution of oxycodone

in violation of Title __21__ United States Code, Section (s) __841(a)(1) and (b)(1)(C)__

**Honorable Mary Pat Thynge**
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

Bail fixed at $ _____

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

__April 25, 2005__   Wilmington, DE
Date and Location

by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 4/25/05 | NAME AND TITLE OF ARRESTING OFFICER Janet Bol Yen, Criminal Specialist | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 4/26/05 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

FILED
AUG 28 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

ALIAS: _____

LAST KNOWN RESIDENCE: ___ _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____ /66 _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____