IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Criminal Action No. 07-109-SLR |
| : | |
| JAMES R. GORDON, : | |
| : | |
| Defendant. : | |

## MOTION TO RESCHEDULE CHANGE OF PLEA HEARING

Christopher S. Koyste, on behalf of James R. Gordon, hereby moves this Honorable Court to reschedule the date for Mr. Bradley's Change of Plea Hearing from September 27, 2007 at 4:30 P.m. to October 4, 2007 at 5:00 p.m.

1.  Counsel is scheduled to appear in a trial in the Superior Court in and For New Castle County which begins September 27, 2007. Counsel spoke to AUSA David I. Hall and he does not oppose Mr. Gordon's request to reschedule the date for his Change of Plea Hearing so as to not conflict with the noted trial date.

2.  Counsel informed Your Honor's chambers of this situation and was told that October 4 at 5:00 p.m. would be an available date and time to hold the Change of Plea Hearing. AUSA Hall has no opposition to this new date and time.

WHEREFORE, Mr. Gordon respectfully requests Your Honor to reschedule the date for the Change of Plea Hearing to October 4, 2007 at 5:00 p.m.

                    Respectfully submitted,

                    /s/ Christopher S. Koyste
                    Christopher S. Koyste, Esquire
                    800 North King Street, Suite 302
                    Wilmington, Delaware  19801
                    (302) 419-6529
                    Email: ckoyste@koyste.com

                    Attorney for James R. Gordon

DATED: September 17, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-109-SLR |
| | : | |
| JAMES R. GORDON, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

Undersigned Counsel certifies that the attached filing of James R. Gordon is available for public viewing and downloading and was electronically delivered on September 17, 2007 to:

David I. Hall, Esquire
Assistant United States Attorney
United States Attorney's Office
1007 Orange Street, Suite 700
Wilmington, Delaware 19801

 /s/ Christopher S. Koyste
Christopher S. Koyste, Esquire
800 North King Street, Suite 302
Wilmington, Delaware  19801
(302) 419-6529
Email: ckoyste@koyste.com

Attorney for James R. Gordon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-109-SLR |
| | : | |
| JAMES R. GORDON, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

      **AND NOW**, this _____ Day of _____, 2007, upon consideration of Defendant's Motion to Reschedule Change of Plea Hearing, it is hereby **ORDERED** that Defendant James R. Gordon's Change of Plea Hearing is rescheduled to October 4, 2007 at 5:00 p.m.

_____
Judge Sue L. Robinson
United States District Court