IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cr.A.No. 07-109 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES R. GORDON, | ) | |
| | ) | |
| Defendant. | ) | |

## SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Edmund Falgowski and enter the appearance of Assistant United States Attorney David L. Hall as counsel of record for the government in the above-captioned case. Please be advised that Mr. Falgowski no longer has responsibility for this case and all notices of action taken in connection with this matter should be directed to Assistant United States Attorney David L. Hall.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:   /s/David L. Hall
      David L. Hall
      Assistant United States Attorney

Dated: September 17, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Cr.A.No. 07-109 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES R. GORDON, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certifies under penalty of perjury that on September 17, 2007, served the foregoing:

## SUBSTITUTION OF COUNSEL

by causing two (2) copies of said document to be hand-delivered to counsel of record at the following address:

Edson Bostic, Esquire
Federal Public Defender's Office
704 King Street, Suite 110
Wilmington, DE 19801

/s/Jennifer Brown
Jennifer Brown