IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-109-SLR |
| JAMES R. GORDON, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 18th Day of September, 2007, upon consideration of Defendant's Motion to Reschedule Change of Plea Hearing, it is hereby **ORDERED** that Defendant James R. Gordon's Change of Plea Hearing is rescheduled to October 4, 2007 at 5:00 p.m.

Judge Sue L. Robinson
United States District Court