

U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*

*The Nemours Building*  (302) 573-6277
*1007 Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

September 26, 2007

**VIA HAND DELIVERY**

Honorable Sue L. Robinson
United States District Court
844 N. King Street
Wilmington, DE 19801

RE:   United States v. James R. Gordon
      Cr.A.No. 07-109-SLR

Dear Judge Robinson:

    Defendant's change of plea hearing is scheduled for October 4 at 5 p.m. I will be unable to appear due to my travel schedule. AUSA Lesley Wolf will appear for the government.

    Thank you for your consideration.

Respectfully,

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

DLH/jb
cc:   Christopher Koyste, Esquire
      AUSA Lesley Wolf