IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 07-109-SLR |
| JAMES R. GORDON, | ) ) ) |
| Defendant. | ) ) |

**O R D E R**

At Wilmington this 9th day of October 2007,

IT IS ORDERED that the change of plea hearing scheduled for **October 4, 2007** is **cancelled** and **rescheduled** to commence on **Tuesday, October 23, 2007** at **4:45 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

IT IS FURTHER ORDERED that the time between this order and the **October 23, 2007** plea hearing shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(l).

_____
United States District Judge